UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
L.B. ON BEHALF OF HERSELF AND ON :
BEHALF OF HER CHILD, T.B.; T.B., :
 :
                       Plaintiffs, :
       -against- :     21-CV-6626 (VEC)
 :
NEW YORK CITY DEPARTMENT OF :     ORDER
EDUCATION; CHANCELLOR MEISHA :
PORTER, IN HER OFFICIAL CAPACITY; NEW :
YORK CITY BOARD OF EDUCATION, :
 :
                       Defendants. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/22

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared telephonically for an Initial Pre-Trial Conference on January 28, 2022;

      IT IS HEREBY ORDERED that discovery in this matter is STAYED. As agreed to by the parties, Plaintiffs must file their Amended Complaint not later than February 14, 2022.

**SO ORDERED.**

**Date:  January 28, 2022**
**         New York, New York**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**