```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  L.B. ON BEHALF OF HERSELF AND ON                           :
  BEHALF OF HER CHILD, T.B.; T.B.,                           :
                                                             :
                                              Plaintiffs,    :
                         -against-                           :          21-CV-6626 (VEC)
                                                             :
  NEW YORK CITY DEPARTMENT OF                                :             ORDER
  EDUCATION; CHANCELLOR MEISHA                               :
  PORTER, IN HER OFFICIAL CAPACITY; NEW                      :
  YORK CITY BOARD OF EDUCATION,                              :
                                                             :
                                             Defendants.     :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 14, 2022, Plaintiffs filed an Amended Complaint, *see* Dkt. 36;

IT IS HEREBY ORDERED that Defendants' partial motion to dismiss the Complaint is denied as moot. The Clerk of Court is respectfully directed to close the open motion at Docket 27.

**SO ORDERED.**

Date: **February 15, 2022**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**