USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
L.B. AND T.B., :
:
                                  Plaintiffs, :
            -against- :
                                      :        21-CV-6626 (VEC)
NEW YORK CITY DEPARTMENT OF :
EDUCATION; CHANCELLOR MEISHA :        ORDER
PORTER, IN HER OFFICIAL CAPACITY; NEW :
YORK CITY BOARD OF EDUCATION, :
:
                                Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 6, 2023, Plaintiffs' counsel moved to withdraw due to irreconcilable differences and an irreconcilable conflict with Plaintiffs, *see* Not. of Mot., Dkt. 65;

       WHEREAS on March 17, 2023, the Court granted Plaintiffs' counsel's motion to withdraw as counsel for L.B. and ordered T.B. to notify the Court independently whether he objects to counsel's motion and whether he would like time to find a new attorney or whether he intends to proceed *pro se*, *see* Order, Dkt. 72;

       WHEREAS Plaintiff T.B. notified the Court that he does not object to counsel's motion to withdraw and that he requests time to find replacement counsel;

       IT IS HEREBY ORDERED that Plaintiffs' counsel's motion to withdraw as counsel for T.B. is GRANTED. *See Campbell v. TRUW*, No. 18-CV-5507 (NSR), 2022 WL 17730113, at *1 (S.D.N.Y. Dec. 16, 2022) (summarily granting counsel's unopposed motion to withdraw).

       IT IS FURTHER ORDERED that this case is STAYED for 70 days to give Plaintiffs time to hire new counsel.

IT IS FURTHER ORDERED that not later than **Friday, May 26, 2023**, Plaintiffs must either (1) have retained counsel who has filed a notice of appearance or (2) submit a status update to the Court regarding their efforts to obtain counsel.  Any such status update must be filed through the Pro Se Intake Unit.  Information about contacting the Pro Se Intake Unit is available on the Court's website: https://www.nysd.uscourts.gov/prose/role-of-the-prose-intake-unit/contact.  The Plaintiffs are forewarned that the Court is unlikely to continue the stay much beyond May 26, 2023 absent extraordinarily good reasons.

The Clerk of Court is respectfully directed to terminate Elisa F. Hyman and Erin Michelle O'Connor as counsel for T.B. and to mail an unredacted copy of this Order to L███ B███ and T███ B███ at 17034 130th Avenue, Apt. 7A, Jamaica, NY 11434.

**SO ORDERED.**

**Date:  March 23, 2023**
**          New York, New York**

_____
          **VALERIE CAPRONI**
          **United States District Judge**